# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

KATHY L. SAFRANSKI, on behalf of herself
and all others similarly situated,

        Plaintiff,

        vs.

PROFESSIONAL PLACEMENT SERVICES,
LLC; a Wisconsin Limited Liability Company;
and, JOHN AND JANE DOES NUMBERS 1
THROUGH 25,

        Defendants.

Case No.: 1:17-cv-00129-WCG

## **PRELIMINARY APPROVAL ORDER**

The Court, having considered the Parties' motion for preliminary approval, hereby grants preliminary approval to the Class Settlement Agreement (the "Agreement") between Plaintiff, Kathy L. Safranski, individually, and as representative of the class of persons defined below (the "Settlement Class"), and Defendant, Professional Placement Services, LLC ("PPS").

**WHEREFORE**, for purposes of this Class Action Settlement and based upon the Parties' stipulations as set forth therein, with respect to certifying this action as a class action for settlement purposes the Court finds:

    A.    The Settlement Class is so numerous that joinder of all members is impracticable;

    B.    There are questions of law and fact common to the proposed Settlement Class.

    C.    The individual claims of Plaintiff are typical of the claims of the Settlement Class;

D. Plaintiff is an appropriate and adequate representative for the Settlement Class;

E. The questions of law and fact common to the Settlement Class predominate over any questions affecting only individual members;

F. A class action is superior to other methods for fairly and efficiently settling this controversy;

G. With respect to the appointment of Settlement Class Counsel under Fed. R. Civ. P. 23(g), the Court finds, after consideration of the factors described in Fed. R. Civ. P. 23(g)(1)(A), Plaintiff's counsel, Andrew T. Thomasson, Philip D. Stern, and Heather B. Jones have, and will continue to, fairly and adequately represent the interests of the Settlement Class;

H. With respect to the proposed Agreement, after consideration of the Agreement attached as ***Exhibit A*** to the Motion, the Court makes the preliminary finding, subject to a final hearing, that the proposed settlement is fair, reasonable, and adequate;

I. and the Court being duly advised in the premises,

**IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 23(c)(1), the Court certifies this action as a class action pursuant to Fed. R. Civ. P. 23(b)(3) and, in accordance with Fed. R. Civ. P. 23(c)(1)(B):

(a) defines the "Settlement Class" as:

> All persons with addresses in the State of Wisconsin to whom Professional Placement Services, LLC mailed an initial written communication to collect a debt, between January 27, 2016 and February 17, 2017, which states "Re: Partnership Community Health Center."

(b) defines the "Class Claims" as those claims arising from PPS's initial collection

letters which failed to clearly identify the current creditor as required by the FDCPA;

(c) appoints Plaintiff as the Class Representative;

(d) appoints STERN•THOMASSON LLP as Class Counsel; and

(e) appoints Heffler Claims Group as the Settlement Administrator to send notice of the Settlement to Class Members and administer the Settlement.

2. The Court approves the Parties' proposed Class Notice and directs that it be mailed to the last known address of Class Member as shown in PPS's business records. The Settlement Administrator shall mail the Class Notice to Class Members on or before **December 5, 2017**. The Settlement Administrator shall send the Notice by any form of U.S. Mail providing forwarding addresses.

3. The Court finds that mailing of the Class Notice, and the Parties' notice plan, is the only notice required and that such notice satisfies the requirements of due process pursuant to the Federal Rules of Civil Procedure, including Rule 23, the United States Constitution, and any other applicable law.

4. Class Members shall have until **January 19, 2018**, to return a claim form seeking a payment from the Class Recovery, or to exclude themselves from, or object to, the Settlement. Any Class Members desiring to exclude themselves from the action must serve copies of the request on the Settlement Administrator by that date.

5. Any Class Members who wish to object to the Settlement must submit an objection in writing to the Clerk of the United States District Court for the Eastern District of Wisconsin, and serve copies of the objection on the Settlement Administrator. All objections must be in writing, personally signed by the Class Member, and include: (1) the objector's name, address, telephone number, and the last four digits of their Social Security Number; (2) a

3

Case 1:17-cv-00129-WCG    Filed 11/14/17    Page 3 of 4    Document 24

sentence stating that to the best of their knowledge s/he is a member of the Settlement Class; (3) the name and number of the case: *Safranski v. Professional Placement Services, LLC*, Case No. 1:17-cv-00129-WCG; (4) the factual basis and legal grounds for the objection to the Settlement; (5) the identity of any witnesses whom the objector may call to testify at the Final Fairness Hearing; and (6) copies of any exhibits the objector may seek to offer into evidence at the Final Fairness Hearing. The objection must indicate whether the Class Member and/or their lawyer(s) intend to appear at the Final Fairness Hearing. Any lawyer who intends to appear at the Final Fairness Hearing also must enter a written Notice of Appearance of Counsel with the Clerk of the Court no later than **January 19, 2018**, and shall include the full caption and case number of each previous class action case in which that lawyer(s) has represented an objector.

6. To be effective, any request for exclusion or objection must be postmarked by **January 19, 2018**.

7. If not already filed, PPS shall file with the Court proof of compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. §1715(b).

8. A final hearing on the fairness and reasonableness of the Agreement and whether final approval shall be given to it and the requests for fees and expenses by Class Counsel will be held on **February 23, 2018**, at 10:00 a.m. at 125 S. Jefferson Street, #201, Green Bay, WI 54301.

**SO ORDERED** this 14th day of November, 2017.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court